59 P.3d 957

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Trent | 23424 | 11/13/2002 | Affirmed |
| Kaeo v. Kaeo | 24326 | 11/19/2002 | Vacated and remanded |
| State v. Cenido | 24191 | 11/22/2002 | Vacated and remanded |
| State v. Malewski | 23993 | 11/27/2002 | Reversed |
| Blaisdell v. State | 23983, 24098 | 11/27/2002 | Reversed |
| Rogers v. Minoo | 24146 | 11/27/2002 | Affirmed |
| Dowsett v. Morris | 23750 | 11/29/2002 | Affirmed |
| Birdsall v. Podals | 24375 | 11/29/2002 | Affirmed |

| | | | |
|---|---|---|---|
| State v. Moses | 23038 | 11/21/2002 | Denied |